IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| TERRANCE GREEN | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) (possession with intent to distribute cocaine base ("crack") and fentanyl – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) |
| | | Notices of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRANCE GREEN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), each a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRANCE GREEN**

knowingly possessed a firearm, that is, a Smith & Wesson, model M&P9 Shield M2.0, 9mm semi-automatic pistol, bearing serial number JBK6230, loaded with 12 live rounds of 9mm ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRANCE GREEN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, model M&P9 Shield M2.0, 9mm semi-automatic pistol, bearing serial number JBK6230, loaded with 12 live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE NO. 1

## FORFEITURE - 21 U.S.C. § 853

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1) set forth in this indictment, defendant

## TERRANCE GREEN

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), and any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including but not limited to

  (1) $3,414 United States Currency seized on September 19, 2022 from defendant TERRANCE GREEN and from 5810 Filbert Street, currently in the custody and control of the Philadelphia Police Department;

  (2) a Smith & Wesson, model M&P9 Shield M2.0, 9mm semi-automatic pistol, bearing serial number JBK6230; and

  (3) fifteen live rounds of 9mm ammunition.

(b) Any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

### FORFEITURE - 18 U.S.C. § 924(d)

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 922(g)(1), set forth in this indictment, defendant

**TERRANCE GREEN**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

    a.    a Smith & Wesson, model M&P9 Shield M2.0, 9mm semi-automatic pistol, bearing serial number JBK6230, and

    b.    fifteen live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████████
**GRAND JURY FOREPERSON**

*[signature]*

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TERRANCE GREEN

## INDICTMENT

Counts

21 U.S.C. § 841(a)(1) (possession with intent to distribute cocaine base ("crack") and fentanyl – 1 count)
18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notices of forfeiture

A true bill.

_____
Foreman

Filed in open court this 2nd day,
of November A.D. 20 22

_____
Clerk

Bail, $ _____