IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 22-387 |
| TERRANCE GREEN | : |

## O R D E R

**AND NOW**, this 3rd day of May, 2023, in light of Defendant's decision at the April 4, 2023 status hearing (Doc. No. 28) to proceed with his currently appointed counsel, it is hereby **ORDERED** that Defendant's *Pro Se* Motion to Remove Counsel (Doc. No. 21) is **DENIED** as moot.

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.